USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
WARREN ZINNAMON, *on behalf of himself and all* :
*others similarly situated*, :
:
                                Plaintiff, :
:
           -v - :
:
BEN F. DAVIS COMPANY, :
:
                              Defendant. :
:
-------------------------------------------------------------- X

1:22-cv-5438-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       The order is to clarify that the initial pretrial conference in this matter, scheduled for November 1, 2022 at 3:00 p.m., will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

       SO ORDERED.

Dated: October 31, 2022
       New York, New York

                                                                           GREGORY H. WOODS
                                                       United States District Judge