```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

WARREN ZINNAMON, *on behalf of himself and all* :
*others similarly situated*,                            :
                                                    :                1:22-cv-5438-GHW
                                     Plaintiffs,:
                                                    :                   ORDER
                       -v -                            :

BEN F. DAVIS COMPANY,                   :

                                  Defendant.:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As discussed during the November 1, 2022 telephone conference, Defendant's motion to dismiss is due no later than two weeks from the date of this order. Plaintiffs' opposition is due three weeks after the date of service of Defendant's motion; Defendant's reply, if any, is due one week after the date of service of Plaintiffs' opposition. Additionally, for the reasons provided at the November 1, 2022 conference, Defendant's application to stay discovery pending the resolution of the motion to dismiss is GRANTED.

       SO ORDERED.

Dated: November 1, 2022
New York, New York

                                                     _____
                                                         GREGORY H. WOODS
                                                      United States District Judge